```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/29/2020__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
LA DOLCE VITA FINE DINING COMPANY                :
LIMITED and LA DOLCE VITA FINE DINING            :
GROUP HOLDINGS LIMITED,                          :
                                                 :
                                                 :   **20 Misc. 200 (ALC)**
                       **Petitioners,**          :
                                                 :   **ORDER**
       -against-                                 :
                                                 :
ZHANG LAN, GRAND LAN HOLDINGS GROUP              :
(BVI) LIMITED, QIAO JIANG LAN                    :
DEVELOPMENT LIMITED f/k/a SOUTH BEAUTY           :
DEVELOPMENT LIMITED and METRO JOY                x
INTERNATIONAL LLC,
                       **Respondents.**
------------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Petitioners' letter dated June 11, 2020. ECF No. 33. Petitioners are ordered to file proof this letter was served on Respondents within three days of this Order.

Petitioners' Proposed Order states in part: "Upon being presented with this Order, the Clerk of the Court shall return the $150,000 bond that Petitioners posted by delivering to Petitioners' counsel. . . a check in that amount payable to Katsky Korins LLP." ECF No. 34 ¶ 3. Neither Petitioners' June 11, 2020 Letter nor the Memorandum of Law in Support of Petitioners' Motion to Confirm address this element of the Proposed Order. Plaintiff is Ordered to submit a letter of no more than three pages briefing the Court on this issue by July 8, 2020.

**SO ORDERED.**

**Dated: June 29, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**