```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/7/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
LA DOLCE VITA FINE DINING COMPANY
LIMITED, ET AL.,

                                      Plaintiffs,

             -against-

ZHANG LAN, ET AL.,

                                     Defendants.
-------------------------------------------------------------------- x

1:20-mc-00200-ALC

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On March 17, 2021, Plaintiff filed a motion to confirm arbitration award in the above-captioned miscellaneous action. ECF Nos. 44-48. However, a motion to confirm arbitration award does not fit into any of the miscellaneous categories. Accordingly, Plaintiff is hereby ORDERED to open a civil matter, pay the requisite filing fee, and file the motion in that civil matter. The Clerk of Court is respectfully directed to strike the documents at ECF Nos. 44-49, but retain the docket text for the record.

**SO ORDERED.**

**Dated:**       **April 7, 2021**
                 **New York, New York**

_____
       **ANDREW L. CARTER, JR.**
       **United States District Judge**

1